## FLEET BANK OF CONNECTICUT *v.* DULARA BUILDING AND INVESTMENT CORPORATION ET AL.
### (10226)

DALY, LANDAU and HEIMAN, Js.

Argued September 25—decision released October 15, 1991

*Joseph E. Milardo, Jr.,* for the appellants (named defendant et al.).

*Gerald L. Garlick,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.